**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER FUTURE EQUITIES, INC, | No. C 07-80156 JW MISC |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| WELLS FARGO BANK, N.A. ET AL, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Compel Production of Documents from Third Party Ehostone.com before Judge James Ware should be re-noticed to be heard before the assigned Magistrate Judge Richard Seeborg. The parties shall contact Judge Seeborg's chambers to set a hearing dating on the Motion to Compel Production of Documents.

Dated: June 19, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy