**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SUBPOENA OF EHOSTONE.COM, as issued from this District Court in the case of:<br><br>SUPER FUTURE EQUITIES, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendant.<br>_____ / | No. C 07-80156 JW MISC<br><br>**ORDER CLOSING CASE** |

On June 13, 2007, counter-plaintiff ORIX CAPITAL MARKETS, LLC, submitted an Amended Notice of Motion and Amended Motion to Compel Production of Documents From Third Party Ehostone.com. After review of the documents, it has been determined that the amended motion is a duplicative request in an existing case, C 07-80152 JF MISC.

Accordingly, IT IS HEREBY ORDERED that the above-mentioned amended motion be filed in C 07-80152 JF MISC. IT IS FURTHER ORDERED that this case be closed and that the filing fee be refunded.

Dated: June 20, 2007

                                           /s/ James Ware
                                           JAMES WARE
                                           UNITED STATES DISTRICT JUDGE